NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**EBATES PERFORMANCE MARKETING, INC., dba Rakuten Rewards,**
*Appellant*

**v.**

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellee*

_____

2024-1648

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01250.

--------------------------------------------------

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellant*

**v.**

**EBATES PERFORMANCE MARKETING, INC., dba Rakuten Rewards,**
*Appellee*

_____

2024-1693

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01250.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of Appeal No. 2024-1693, pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 13,

IT IS ORDERED THAT:

(1)  Appeal No. 2024-1693 is voluntarily dismissed.

(2)  Each side shall bear its own costs as to Appeal No. 2024-1693.

(3) The revised official caption in Appeal No. 2024-1648 is revised as reflected in this order.

FOR THE COURT

June 28, 2024
     Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2024-1693 only):  June 28, 2024